UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. ACTION NO. 11-00202-03 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TONY L. JOHNSON | MAG. JUDGE KAREN L. HAYES |

**ORDER**

Pending before the Court is the Motion of Defendant to Remain Free on Bond Pending Appeal [Doc. No. 45]. The Government has informed the Court that it does not oppose the granting of the motion. Upon consideration and finding that the requirements of 18 U.S.C. § 3143(b) have been met,

IT IS ORDERED that Defendant's motion is GRANTED, and he shall remain free pending resolution of his appeal under the conditions of release previously set. *See* [Doc. Nos. 6 & 7].

MONROE, LOUISIANA, this 21st day of March, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE